

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH PEARSON,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>MADELENE A. MUNTZ,<br>Acting Warden,<br><br>　　　　Respondent. | Case No. CV 05-6937-SGL (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge. Furthermore, the Court notes that the circumstances of the present case are not unlike those encountered by the Ninth Circuit in <u>Hayward v. Marshall</u>, 512 F.3d 536 (9th Cir. 2008), where the court upheld the granting of habeas relief.

///
///
///
///
///

1 |     IT IS ORDERED that Judgment be entered (1) approving and adopting this
2 | Report and Recommendation; and (2) directing that Judgment be entered granting
3 | the Petition and ordering Petitioner's release within thirty (30) days of the entry of
4 | judgment.

6 | DATED: April 1, 2008

*[signature]*

HONORABLE STEPHEN G. LARSON
United States District Judge

# NOTICE PARTY SERVICE LIST

Case No. CV05-6937564(OP)   Case Title Kenneth Pearson -v- Madelene A. Muntz

Title of Document Order Adopting findings, Conclusions and recommendation of United States Magistrate Judge

| | | | |
|---|---|---|---|
| | Atty Sttlmnt Officer Panel Coordinator | | US Attorneys Office - Civil Division -L.A. |
| | BAP (Bankruptcy Appellate Panel) | | US Attorneys Office - Civil Division - S.A. |
| | P--k, Michael J (Clerk, MDL Panel) | | US Attorneys Office - Criminal Division -L.A. |
| | BOP (Bureau of Prisons) | | US Attorneys Office - Criminal Division -S.A. |
| | CA St Pub Defender (Calif. State PD) | | US Bankruptcy Court |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | US Marshal Service - Los Angeles (USMLA) |
| | Case Asgmt Admin (Case Assignment Administrator) | ✓ | US Marshal Service - Riverside (USMED) |
| | Catterson, Cathy (9th Circuit Court of Appeal) | | US Marshal Service -Santa Ana (USMSA) |
| | Chief Deputy Admin | | US Probation Office (USPO) |
| | Chief Deputy Ops | | US Trustee's Office |
| | Clerk of Court | | Warden, San Quentin State Prison, CA |
| | Death Penalty H/C (Law Clerks) | | |
| | Dep In Chg E Div | | |
| | Dep In Chg So Div | | |
| | Federal Public Defender | | |
| | Fiscal Section | | |
| | Intake Section, Criminal LA | | |
| | Intake Section, Criminal SA | | |
| | Intake Supervisor, Civil | | |
| | PIA Clerk - Los Angeles (PIALA) | | |
| | PIA Clerk - Riverside (PIAED) | | |
| | PIA Clerk - Santa Ana (PIASA) | | |
| | PSA - Los Angeles (PSALA) | | |
| | PSA - Riverside (PSAED) | | |
| | PSA - Santa Ana (PSASA) | | |
| | Schnack, Randall (CJA Supervising Attorney) | | |
| | Statistics Clerk | | |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name: Madelene A. Muntz, Acting Warden
Firm: Chuckawalla State Prison
Address (include suite or floor):
19025 Wileys Well Road, P.O. Box 2289
Blythe, CA 92225
*E-mail:
*Fax No.:

* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk dsh

G-75  (03/07)    NOTICE PARTY SERVICE LIST