FILED
CLERK, U.S. DISTRICT COURT
APR 1 2008
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH PEARSON, | Case No. CV 05-6937-SGL (OP) |
| Petitioner, | JUDGMENT |
| vs. | |
| MADELENE A. MUNTZ, Acting Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is: 1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered granting the Petition and ordering Petitioner's release within thirty (30) days of the entry of judgment.

DATED: April 1, 2008

HONORABLE STEPHEN G. LARSON
United States District Judge

# NOTICE PARTY SERVICE LIST

Case No. <u>CV05-6937564(OP)</u>  Case Title <u>Kenneth Pearson -v- Madelene A. Muntz</u>
Title of Document <u>Judgment</u>

|   | |   | |
|---|---|---|---|
|   | Atty Sttlmnt Officer Panel Coordinator |   | US Attorneys Office - Civil Division -L.A. |
|   | BAP (Bankruptcy Appellate Panel) |   | US Attorneys Office - Civil Division - S.A. |
|   | Beck, Michael J (Clerk, MDL Panel) |   | US Attorneys Office - Criminal Division -L.A. |
|   | BOP (Bureau of Prisons) |   | US Attorneys Office - Criminal Division -S.A. |
|   | CA St Pub Defender (Calif. State PD) |   | US Bankruptcy Court |
|   | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | ✓ | US Marshal Service - Los Angeles (USMLA) |
|   | Case Asgmt Admin (Case Assignment Administrator) | ✓ | US Marshal Service - Riverside (USMED) |
|   |   |   | US Marshal Service -Santa Ana (USMSA) |
|   | Catterson, Cathy (9th Circuit Court of Appeal) |   | US Probation Office (USPO) |
|   | Chief Deputy Admin |   | US Trustee's Office |
|   | Chief Deputy Ops |   | Warden, San Quentin State Prison, CA |
|   | Clerk of Court | | |
|   | Death Penalty H/C (Law Clerks) | | |
|   | Dep In Chg E Div | | |
|   | Dep In Chg So Div | | |
|   | Federal Public Defender | | |
|   | Fiscal Section | | |
|   | Intake Section, Criminal LA | | |
|   | Intake Section, Criminal SA | | |
|   | Intake Supervisor, Civil | | |
|   | PIA Clerk - Los Angeles (PIALA) | | |
|   | PIA Clerk - Riverside (PIAED) | | |
|   | PIA Clerk - Santa Ana (PIASA) | | |
|   | PSA - Los Angeles (PSALA) | | |
|   | PSA - Riverside (PSAED) | | |
|   | PSA - Santa Ana (PSASA) | | |
|   | Schnack, Randall (CJA Supervising Attorney) | | |
|   | Statistics Clerk | | |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name: Madelene A. Muntz, Acting Warden
Firm: Chuckawalla State Prison
Address (include suite or floor):
19025 Wileys Well Road, P.O. Box 2289
Blythe, CA 92225
*E-mail:
*Fax No.:
* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk  dsh